IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01184-JLK

JASON STRAHAN,

    Plaintiff,

v.

SRA ASSOCIATES, INC., a New Jersey corporation,

    Defendant.

---

**ORDER DISMISSING CASE WITH PREJUDICE**

---

THE COURT having reviewed the Stipulation of Dismissal with Prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) and being fully advised in the premises, DOES HEREBY ORDER that this case is Dismissed with Prejudice, with each party to pay his or its own attorney's fees and costs.

                      BY THE COURT:

June 30, 2010         ***s/John L. Kane***
DATE                   U.S. DISTRICT JUDGE